# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLA,<br><br>            Petitioner,<br><br>    v.<br><br>KANE, WARDEN,<br><br>            Respondent.<br>_____/ | CV F   05-1176 REC DLB HC<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE ORDER TO RESPOND AND RESETTING BRIEFING SCHEDULE<br><br>[Doc. 7] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 18, 2005, the Court issued an order directing Respondent to submit a response to the petition. Due to an error in the electronic processing of that order, the order was never electronically served on Respondent. Therefore, the Court shall direct the Clerk of Court to re-serve the Court's October 18, 2005, order to respond on all the parties, and the deadlines set forth in that order shall be reset as of the date of re-service. The Court apologizes for any inconvenience or confusion this may have caused.

Accordingly, it is HEREBY ORDERED that the Court's October 18, 2005, order shall be re-served on the parties, and briefing schedule set forth in that order is effective as of the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 6, 2006**                     **/s/ Dennis L. Beck**
3b142a                                                        UNITED STATES MAGISTRATE JUDGE

1