UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN VILLA, | ) | 1:05-cv-01176-REC-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 14), |
| v. | ) | **GRANTING MOTION TO DISMISS** |
| | ) | (Doc. 9), **DISMISSING PETITION** |
| KANE, WARDEN, | ) | **FOR WRIT OF HABEAS CORPUS,** |
| | ) | **AND DIRECTING CLERK TO ENTER** |
| Respondent. | ) | **JUDGMENT FOR RESPONDENT** |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On April 21, 2006, the Magistrate Judge filed Findings and Recommendations that the Motion to Dismiss the Petition for Writ of Habeas Corpus be GRANTED, the instant petition be DISMISSED, and the Clerk of Court enter judgment. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.

1

Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 21, 2006, are ADOPTED IN FULL;

2. Respondent's motion to dismiss, filed March 7, 2006, is GRANTED;

3. The instant Petition for Writ of Habeas Corpus is DISMISSED; and,

4. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:  May 31, 2006**          /s/ Robert E. Coyle
668554                            UNITED STATES DISTRICT JUDGE